UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christina Giancursio, <br><br> Plaintiff, <br> v. <br><br> Accounts Receivable Management, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No.: 6:11-cv-6224 L <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 29, 2011

        Respectfully submitted,

        PLAINTIFF, Christina Giancursio

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq. (SL 6331)
        **LEMBERG & ASSOCIATES L.L.C.**
        300 International Drive, Suite 100
        Williamsville, NY 14221
        Telephone: (203) 653-2250
        Facsimile: (877) 795-3666
        slemberg@lemberglaw.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg

                                                  Sergei Lemberg