UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christina Giancursio, | : |
| | : |
| | : Civil Action No.: 6:11-cv-6224 L |
| Plaintiff, | : |
| v. | : |
| | : |
| Accounts Receivable Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

    Christina Giancursio ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 18, 2011

                                                                         Respectfully submitted,

                                                                         By: /s/ Sergei Lemberg

                                                                         Sergei Lemberg (SL 6331)
                                                                         LEMBERG & ASSOCIATES L.L.C.
                                                                         300 International Drive, Suite 100
                                                                         Williamsville, NY 14221
                                                                         Telephone: (203) 653-2250
                                                                         Facsimile: (877) 795-3666
                                                                         Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                        Sergei Lemberg